NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMUEL SINGLETON,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No.  2D19-293
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed October 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.


PER CURIAM.


            Affirmed.


MORRIS, LUCAS, and BADALAMENTI, JJ., Concur.